27 A.3d 947

STATE OF NEW JERSEY IN THE INTEREST OF V.A., A MINOR.

STATE OF NEW JERSEY IN THE INTEREST OF T.H., A MINOR.

STATE OF NEW JERSEY IN THE INTEREST OF C.T., A MINOR.

STATE OF NEW JERSEY IN THE INTEREST OF M.R., A MINOR.

September 9, 2011.

ORDERED that the motion of V.A., for leave to appeal is granted.